FILED & ENTERED

JUL 02 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re:<br><br>BE Commercial Real Estate, Inc.<br><br><br><br>Debtor(s). | Case No.: 2:19-bk-16597-BR<br><br>CHAPTER 7<br><br>**ORDER DISMISSING INVOLUNTARY BANKRUPTCY CASE WITH A 180 DAY RESTRICTION**<br><br>Date:  JULY 2, 2019<br>Time:       2:00 P.M.<br>Courtroom:   1668<br>EDWARD ROYBAL BUILDING<br>255 E TEMPLE STREET<br>LOS ANGELES CA 90012 |
|---|---|

    This matter is before the Court on the "Order to Show Cause to Determine Whether to Issue A Summons or Dismiss the Involuntary Petition."  A hearing was held on July 2, 2019, Ira G. Rivin, attorney for First Bank Financial Centre, was present.

    No written response was filed. Good cause having not been shown to proceed with the involuntary petition, **IT IS THEREFORE ORDERED** that the involuntary bankruptcy case is dismissed with a 180-day restriction against filing of another

bankruptcy case by or against the debtor.

      IT IS SO ORDERED.

Date: July 2, 2019

_____
Barry Russell
United States Bankruptcy Judge